**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 12-1203**

───────────

MICHELLE D. MAUPIN,

        Plaintiff - Appellant,

    v.

HOWARD COUNTY PUBLIC SCHOOL SYSTEM; HOWARD COUNTY BOARD OF
EDUCATION; SYDNEY COUSIN, Individually and in his official
capacity,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, District Judge.
(1:10-cv-02659-BEL)

───────────

Submitted: June 19, 2012        Decided: July 18, 2012

───────────

Before MOTZ, GREGORY, and DAVIS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Michelle D. Maupin, Appellant Pro Se. Edmund J. O'Meally, Lisa
Y. Settles, HODES, PESSIN & KATZ, PA, Towson, Maryland, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle D. Maupin appeals the district court's order denying the motion for permissive joinder and dismissing her complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Maupin v. Howard Cnty. Pub. Schs., No. 1:10-cv-02659-BEL (D. Md. Feb. 7, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED